UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-52678 |
| | ) | |
| JEFFREY RAYMOND WILLIAMS, SR. | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Preston |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF COURT:**

The attached check in the amount of $13.53 represents the sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Emerson Lumber<br>2400 E. Fifth Ave.<br>P.O. box 360744<br>Columbus, OH  43236 | #5 | $13.53 |
| Total Unclaimed/Small<br>Dividends $25.00 or Under | | Total Unclaimed<br>Dividends Over $25.00 |
| $ 13.53 | | $0.00 |

Dated: August 10, 2011                                    /s/   Myron N. Terlecky
                                                                   Myron N. Terlecky, Trustee